**Opinion issued October 21, 2014**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-14-00668-CV

—————————————

## IN RE SEABROOK CHILDREN'S ACADEMY, INC. AND STACY EARL, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, Seabrook Children's Academy, Inc. and Stacy Earl, have filed a petition for writ of mandamus seeking to compel the respondent trial court: (1) to vacate its July 21, 2014 order granting a continuance of the hearing on the relators' no-evidence summary judgment motion; (2) to deny the continuance; and (3) to

grant their summary judgment motion.[1]  With the petition, Relators also filed a motion for temporary stay of all proceedings.  We granted the motion for temporary stay on August 19, 2014, until this petition was finally decided or this Court otherwise lifted the stay.

The Court also requested and received a response to the mandamus petition from the real party in interest Diana Doe, individually and on behalf of Debbie Doe, a Minor Child, and received Relators' reply.  The Court, having examined and fully considered the petition, response, and reply, is of the opinion that Relators have not shown themselves entitled to the relief sought.

Accordingly, we **deny** the petition for a writ of mandamus and **lift** the stay imposed by our August 19, 2014 order.  *See* TEX. R. APP. P. 52.8(a), (d).

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

---

[1]  The underlying case is *Diana Doe, individually and on behalf of Debbie Doe, a Minor Child v. Stacy Earl a/k/a Stacy Lynn Arfin and Seabrook Children's Academy, Inc.*, Cause No. 2013-41596, in the 190th District Court of Harris County, Texas, the Honorable Patricia J. Kerrigan presiding.